**SCHUTT LAW FIRM, P.L.C.**
Kenneth W. Schutt, Jr. /007497
9375 E. Shea Blvd., Ste. 100
Scottsdale, Arizona 85260
(480) 225-7777
(480) 779-1345 (Facsimile)
kenschutt@cox.net
**Attorneys for Plaintiff**

# IN THE U.S. DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT E. WAINWRIGHT, individually, | Case No.:  2:15-cv-01944-PHX-ROS |
| Plaintiff, | |
| vs. | |
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X; JOHN DOES I-X; and JANE DOES I-X, | **STIPULATION TO STAY PROCEEDINGS** |
| Defendants. | |

The Parties stipulate and agree to stay these proceedings for 75 days to permit the parties to pursue private mediation without incurring additional attorneys' fees in connection with processing the litigation aspects of the case.  The Parties thus respectfully request that the Court stay these proceedings for 75 days, vacating the Scheduling Conference currently scheduled for January 13, 2016, at 11:00 a.m., extend the deadline for the Parties to file a Proposed Case Management Plan and/or Proposed Scheduling Order until 10 days before the new date for the Scheduling Conference, and extend the deadline for serving initial disclosure statements until the new date for the Scheduling Conference.

- 1

1

RESPECTFULLY submitted this 16th day of January 2016.

2

**SCHUTT LAW FIRM, P.L.C.**

3

By /s/ Kenneth W. Schutt, Jr.
Kenneth W. Schutt, Jr.

4

9375 E. Shea Blvd., Suite 100
Scottsdale, Arizona 85260

5

Attorneys for Plaintiff

6

7

**LEWIS BRISBOIS BISGAARD
& SMITH, LLLP**

8

By /s/ Gregory L. Biehler
Gregory L. Biehler

9

Dane A. Dodd

10

Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700

11

Phoenix AZ 85012
Attorneys for Defendant Ace Insurance

12

Company

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 2