# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert E. Wainwright,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ACE American Insurance Company, et al.,<br><br>　　　　　　Defendants. | No. CV-15-01944-PHX-ROS<br><br>**ORDER** |

The Court having considered the parties' Stipulation to Stay Proceedings, and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 13) is **APPROVED IN PART** and the proceedings in this case are stayed until March 4, 2016.

**IT IS FURTHER ORDERED** the January 13, 2016 Rule 16 scheduling conference is **VACATED and RESET** for March 31, 2016 at 10:00 a.m. The deadline for filing the joint proposed case management plan and proposed scheduling order is extended to March 25, 2016. The parties shall conduct the initial case management meeting at least twenty-one days before the scheduling conference.

Dated this 8th day of January, 2016.

　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　Senior United States District Judge